In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property of and Rehabilitate the BOND AND MORTGAGE GUARANTEE COMPANY.

In the Matter of the Plan of Readjustment of the Rights of the Holders of Investments in a Mortgage Covering Premises Known as HALF MOON HOTEL, Coney Island, Brooklyn, Guaranteed by BOND AND MORTGAGE GUARANTEE COMPANY. (Guarantee No. 186,039.)

JACK L. ALPERT et al., Appellants and Respondents; WALTER McMEEKAN, as Trustee, et al., Respondents and Appellants.

Submitted February 26, 1951; decided March 9, 1951.

*Samuel H. Rossman* for motion.

*Leo E. Sherman, William I. Alpert* and *Abraham Alpert* opposed.

Motions granted and appeals dismissed, with costs and $10 costs of motion to respondents-appellants, upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.